**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Beatrice Leonard
                              Plaintiff,

v.                                           Case No.: 1:06−cv−06776
                                             Honorable Joan B. Gottschall

Oak Park Open MRI
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2007:

    MINUTE entry before Judge Joan B. Gottschall : Pursuant to Stipulation of Dismissal filed by the parties, this case is dismissed with prejudice with each party to bear its own attorneys' fees and costs. Status hearing set for 1/31/2007 is stricken. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.